**Order entered July 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00335-CV

**JANI-KING FRANCHISING, INC., Appellant/Cross-Appellee**

**V.**

**DAVID D'HOSE, PHILIPPE FISCH, CONSTANTIN ROMAS, AND JEAN BERNARD GENICOT, Appellees**

**V.**

**FALCO FRANCHISING, S.A., Cross-Appellant**

On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-11840

## ORDER

We **GRANT** Jani-King Franchising, Inc.'s July 1, 2015 unopposed motion for extension of time to file cross-appellee's brief and **ORDER** the brief be filed no later than July 10, 2015.

/s/     CRAIG STODDART
JUSTICE